Submitted on record and briefs July 12, appeal dismissed July 31, reconsideration denied September 13, petition for review denied October 15, 1985 (300 Or 162)

STATE OF OREGON,
*Respondent,*

*v.*

RANDY LEE GEISZLER,
*Appellant.*

(M 345782; CA A34531)

702 P2d 1171

Randy L. Geiszler, Milwaukie, filed the briefs *pro se* for appellant.

Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Defendant, charged by uniform traffic complaint with driving while suspended, appeals a pretrial order denying his motion to dismiss the complaint. The state moved to dismiss the appeal, because it is not from a final appealable judgment. The motion is granted.

Appeal dismissed.